In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00209-CV**
_____

**IN RE KIRBYVILLE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, TOMMY WALLIS, CHAD GEORGE, JOEY DAVIS, CLINT SMITH, DUSTIN RUTHERFORD, STACIE RUTHERFORD, WILLIAM THOMAS BROCKMAN, DEBRA BROCKMAN, AMY BROCKMAN FOUNTAIN, MARCIA MORGAN, AND GEORGIA SAYERS**

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-203,433**

**ORDER**

Kirbyville Consolidated Independent School District, Tommy Wallis, Chad George, Joey Davis, Clint Smith, Dustin Rutherford, Stacie Rutherford, William Thomas Brockman, Debra Brockman, Amy Brockman Fountain, Marcia Morgan, and Georgia Sayers, relators, filed a petition for writ of mandamus. The relators are defendants in Cause No. B-203,433, *Tammy Reeves, et al. v. Kirbyville Consolidated*

1

*Independent School District, et al.* Relators seek a writ compelling the Honorable Justin Gary Sanderson, Judge of the 60th District Court, to (1) vacate an order denying a motion to transfer venue, (2) vacate an order granting a continuance of a plea to the jurisdiction and allowing for discovery, and (3) transfer the case to Jasper County. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2018).

Relators request that all further proceedings in the trial court be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings, including discovery, in Cause No. B-203,433, are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED July 2, 2019.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2